**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**JOHN DOE,**

       **Plaintiff,**

    **v.**                                 **Civil Action 2:26-cv-296**
                                               **Chief Judge Sarah D. Morrison**
                                             **Magistrate Judge Chelsey M. Vascura**

**OHIO UNIVERSITY,** *et al.*,

       **Defendants.**

### ORDER

      This matter is before the Court on Defendants' Motion to Stay Discovery (ECF No. 12). Plaintiff has not filed a response in opposition and the deadline to do so has now expired.[1] Accordingly, the Court considers the Motion to Stay Discovery to be unopposed and **GRANTS** the motion for good cause shown. Discovery is **STAYED** pending the Court's ruling on Defendant's Motion to Dismiss (ECF No. 11).

      **IT IS SO ORDERED.**

                                          /s/ *Chelsey M. Vascura*
                                          CHELSEY M. VASCURA
                                          UNITED STATES MAGISTRATE JUDGE

---

[1] Although Plaintiff moved for and obtained an extension of time (ECF No. 13–14) to respond to Defendants' Motion to Dismiss (ECF No. 11), which was filed on the same day as Defendant's Motion to Stay Discovery, Plaintiff did not seek a corresponding extension to respond to the Motion to Stay Discovery.